ELINORE I. JOHNSON, Respondent, *v.* FRANCIS D. WINS-
LOW et al., Individually and as Copartners under the
Firm Name of MUNDS, WINSLOW AND POTTER,
Appellants.

(Argued June 2, 1936; decided July 8, 1936.)

*Joseph M. Proskauer, Arthur Garfield Hays, William Abramson* and *Eugene Eisenmann* for appellants.

*C. Frank Reaves* and *Martin D. Jacobs* for respondent.

Judgment affirmed, with costs; no opinion. (See 272 N. Y. 512.)

Concur: O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting and voting for modification in regard to damages: CRANE, Ch. J., and LEHMAN, J.